# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 16, 2015

Mr. Richard W. Nagel
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

      Re: Case No. 14-3731, *USA v. Marcellus Gilreath*
           Originating Case No. : 1:12-cr-00043-5

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

      Sincerely yours,

      s/Linda M. Niesen
      Case Manager
      Direct Dial No. 513-564-7038

cc:  Ms. Claire C. Curtis
     Marcellus Jajuan Gilreath
     Mr. Benjamin C. Glassman
     Mr. Jeffrey B Lazarus

Enclosure

UNITED STATES COURT OF APPEALS
                         FOR THE SIXTH CIRCUIT

                           _____

                              No: 14-3731
                           _____

                                                    Filed: March 16, 2015

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

MARCELLUS JAJUAN GILREATH

        Defendant - Appellant


                               <u>MANDATE</u>

   Pursuant to the court's disposition that was filed 02/20/2015 the mandate for this case hereby

issues today.


COSTS:  None