UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

       v.

                             Case No.  1:2cr043-5

Marcellus Gilreath,

                             Judge Michael R. Barrett

    Defendant.

## ORDER

The above-entitled case is transferred from the docket of The Honorable Michael R. Barrett to the docket of the Honorable Timothy S. Black for the purpose of resentencing.

**IT IS SO ORDERED.**

                             *s/Michael R. Barrett*
                             Michael R. Barrett
                             United States District Judge